UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEBSEN ELECTRIC LLC,
d/b/a SEBSEN ELECTRICAL
CONTRACTORS,

    Plaintiff/Counter-Defendant,

v.                                         Case No. 8:20-cv-331-T-60AAS

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS
LOCAL UNION 915,

    Defendant/Counter-Plaintiff
_____/

## FINAL JUDGMENT

This matter is before the Court on the motion of Defendant/Counter-Plaintiff International Brotherhood of Electrical Workers Local Union 915 for judgment on the pleadings. For the reasons set forth in this Court's Order granting that motion, entered separately, and in accordance with Fed. R. Civ. P. 58, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Final Judgment is hereby **ENTERED** in favor of Defendant/Counter-Plaintiff International Brotherhood of Electrical Workers Local Union 915 and against Plaintiff/Counter-Defendant Sebsen Electric LLC.

2. Plaintiff/Counter-Defendant Sebsen Electric LLC's request in its complaint that the arbitration award by the Council on Industrial Relations for the Electrical Contracting Industry ("CIR") be vacated is **DENIED.**

3. Sebsen Electric LLC is **DIRECTED** to fully comply with the new collective bargaining agreement awarded by the CIR.

4. The Clerk is **DIRECTED** to terminate any pending motions or deadlines and thereafter close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 10th day of December, 2020.

    **TOM BARBER**
    **UNITED STATES DISTRICT JUDGE**